United States District Court
Southern District of Texas
**ENTERED**
October 29, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ELIZABETH CAVAZOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-cv-160 |
| | § | |
| ASI LLOYDS, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Elizabeth Cavazos and Defendant ASI Lloyds jointly move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 29th day of October, 2015.

_____
JUDGE PRESIDING
Diana Saldaña